UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>EDOUARD E. MOTLEY,<br><br>                Defendant. | CASE NO. MJ25-591<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f) and finds there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with two counts of possession of controlled substances and one count of unlawful possession of firearm. The drug offenses impose a rebuttable presumption that Defendant is both a danger to the community and a risk of flight. The Court finds Defendant has failed to overcome this presumption. Defendant has a lengthy and serious history of criminal convictions. The current nature of the allegations are serious. Some of the drug offenses carry a mandatory minimum term of imprisonment. The offense were allegedly committed on three separate occasions over a seven-month period. The offenses were committed allegedly while Defendant was being supervised by the department of corrections. In two of the offenses, it is

DETENTION ORDER - 1

alleged that when stopped by law enforcement, Defendant attempted to flee. While the Court notes Defendant has ties to the community, the Court finds his ties are insufficient to overcome the allegations and other factors noted above.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 30th day of September, 2025.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2