UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

EDOUARD E. MOTLEY,

     Defendant.

CASE NO. 2:25-cr-00208-JNW

**ORDER DENYING MOTION FOR RELEASE, DKT. 30**

On September 30, 2025, the Court ordered Defendant detained. Dkt. 9. On October 23, 2025, Defendant moved for revocation of the detention order. Dkt. 16. On December 8, 2025, the assigned District Judge denied the revocation motion. Dkt. 26. Defendant now moves for release from this date to April or May 2026 on the grounds he is scheduled to change his plea next week, and his wife is experiencing a difficult pregnancy.

The Court finds these are not grounds to order release as neither mitigate the Court's original findings that Defendant poses a danger to the community and a risk of flight. The Court accordingly **ORDERS**:

(1) The motion for temporary release, Dkt. 30 is **DENIED**.

(2) Clerk shall provide a copy of this order to all counsel.

ORDER DENYING MOTION FOR RELEASE,
DKT. 30 - 1

DATED this 30th day of January, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION FOR RELEASE,
DKT. 30 - 2