The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

       v.

EDOUARD E. MOTLEY,

                Defendant.

NO. CR25-208 JNW

ORDER GRANTING
UNOPPOSED MOTION TO CONTINUE
SENTENCING

THIS COURT has considered the Unopposed Motion to Continue Sentencing. Based on the Motion submitted therewith, the Court hereby ORDERS as follows:

The Unopposed Motion to Continue Trial is GRANTED. Sentencing is scheduled for May 21, 2026.

Dated this 2nd day of April, 2026.

JAMAL N. WHITEHEAD
United States District Judge

Order Granting Unopposed Motion to Continue Sentencing
*United States v. Motley*, CR25–208 JNW- 1